UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 1:21-CV-1746

Roche Cyrulnik Freedman LLP

Plaintiff

vs

Jason Cyrulnik

Defendant

## AFFIDAVIT OF SERVICE

State of New Jersey }
County of Bergen } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey.

That on 03/03/2021 at 12:01 PM at ▇▇▇▇ Teaneck, NJ 07666

deponent served a(n) **Summons in a Civil Action and Complaint Jury Trial Demanded with Exhibits**

on Jason Cyrulnik,

by affixing a true copy of each to the door of said premises, which is defendant's dwelling place/usual place of abode within the state. Deponent was unable, with due diligence to find defendant, having called there:

03/01/2021 7:15 PM ▇▇▇▇ Teaneck, NJ 07666, There were two vehicles present a blue Tesla bearing NJ plate# ▇▇▇▇ and a gray Chrysler Pacifica, bearing NJ plate# ▇▇▇▇ in the driveway. A blonde female along with three boys looked through the 2nd floor window but did not open the door. The female is the defendant's wife ▇▇▇▇ recognized the female by photos provided to me.
03/02/2021 7:30 AM ▇▇▇▇ Teaneck, NJ 07666. No one answered the door, Only the Tesla was on premises.
03/02/2021 11:26 AM ▇▇▇▇ Teaneck, NJ 07666, I spoke with ▇▇▇▇ nanny. She confirmed that Jason Cyrulnik was home, in his home office with the door locked. I served Ms. ▇▇▇▇ affidavit attached). The Tesla was the only vehicle present at the time.
03/03/2021 12:00 PM ▇▇▇▇ Teaneck, NJ 07666. No one answered the door. Both vehicles, the Tesla and Pacifica were on the premises (see attached photo of posting and vehicles).

Within 20 days of such affixing deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's residence at ▇▇▇▇ Teaneck, NJ 07666. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed copy on: 03/03/2021

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
2 day of March, 2021

_____
NOTARY PUBLIC

LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025

_____
Anthony Iavarone

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160