# KASOWITZ BENSON TORRES LLP

Marc E. Kasowitz
Direct Dial: (212) 506-1710
Direct fax: (212) 835-5010
MKasowitz@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
Fax: (212) 506-1800

Atlanta
Houston
Los Angeles
Miami
Newark
San Francisco
Silicon Valley
Washington DC

March 22, 2021

**VIA ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Roche Cyrulnik Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-01746

Dear Judge Koeltl:

  We represent Defendant Jason Cyrulnik in the above action. We submit this letter-motion, pursuant to Rule (I)(E) of Your Honor's Individual Practices, to request a 30-day extension of time to answer or otherwise move in response to Plaintiff's complaint, which was filed on February 27, 2021 (Dkt. 1). Defendant's request would extend the deadline to answer or otherwise move from March 24, 2021 to April 23, 2021.

  We have conferred with counsel for Plaintiff, and they have consented to the requested extension. No previous request for an extension of time has been made in this action.

            Respectfully,

            */s/ Marc E. Kasowitz*

            Marc E. Kasowitz

cc.: All Counsel of Record (via ECF)