IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP,<br><br>                      Plaintiff,<br><br>   v.<br><br>JASON CYRULNIK,<br><br>                      Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:21-cv-01746 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Marc E. Kasowitz, of Kasowitz Benson Torres LLP, an attorney admitted to practice in this Court, hereby respectfully enters his appearance in the above-captioned matter on behalf of Jason Cyrulnik, and requests that all papers in this action with respect to Mr. Cyrulnik be served upon the undersigned.

Dated: April 27, 2021
       New York, New York

                                       Respectfully submitted,

                                       KASOWITZ BENSON TORRES LLP

                                       By: */s/ Marc E. Kasowitz*

                                       Marc E. Kasowitz
                                       1633 Broadway
                                       New York, New York 10019
                                       Tel.: (212) 506-1700
                                       Fax: (212) 500-1800
                                       mkasowitz@kasowitz.com

                                       *Attorney for Defendant Jason Cyrulnik*