UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE CYRULNIK FREEDMAN LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

21-cv-1746 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant's motion to dismiss or stay is due **June 11, 2021**. The plaintiff's response is due **July 7, 2021**. The defendant's reply is due **July 21, 2021**.

SO ORDERED.

Dated:    New York, New York
           May 13, 2021

                                            John G. Koeltl
                                         United States District Judge