# Exhibit 5

**ROCHE FREEDMAN**

March 3, 2021

**VIA FEDEX**

Jason Cyrulnik
53 Copley Ave.
Teaneck, NJ 07666

Re:   Termination Notification

Dear Mr. Cyrulnik:

This letter is regarding your termination. We are processing your termination with Roche Freedman LLP (formerly Roche Cyruilnik Freedman LLP) and Insperity PEO Services, L.P. effective March 1, 2021. Any company property issued to you, such as software, computer equipment, databases, files, pager, mobile phones, parking passes or company credit card must be returned at the time of your termination. You will be responsible for any lost or damaged items.

Health benefits (if applicable) cease at midnight on the day of termination. Insperity will notify you of your rights to continue coverage under COBRA within 14 days of your termination date. Additionally, if you are enrolled in Insperity's 401(k) plan, a notice of distribution options will be mailed to you within 30 days of the date of termination.

All employees whose employment has been terminated have the right to file a claim for unemployment benefits. The appropriate state agency will make a determination as to your eligibility to receive benefits. If you file a claim for unemployment benefits and you work in a state other than the 14 listed below, please list Insperity as your last employer: Insperity, 19001 Crescent Springs Drive, Kingwood, Texas 77339-3802, phone number 800-237-3170. If you worked in the following 21 states, you should list your employer's name as the company you worked for and include the Insperity address: Alaska, Connecticut, Delaware, Iowa, Kansas, Kentucky, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, Ohio, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Vermont and Washington.

If you have any questions, please contact me at 646-437-7622.

Respectfully,

William Tracy
**ROCHE FREEDMAN LLP**
Director of Operations
99 Park Ave., Suite 1910
New York, NY 10016
T: 646-437-7622
F: 646-392-8842
wtracy@rcfllp.com