UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE CYRULNIK FREEDMAN LLP,

              Plaintiff,

- against -

JASON CYRULNIK,

              Defendant.

21-cv-1746 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close Docket Number 19 as moot in light of the filing of the Amended Complaint.

    SO ORDERED.

Dated:    New York, New York
            July 22, 2021

                                     /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1