UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP<br><br>　　　Plaintiff,<br><br>v.<br><br>JASON CYRULNIK<br><br>　　　Defendant. | No. 1:21-cv-1746 (JGK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS THE AMENDED COMPLAINT** |

　　　Plaintiff Roche Cyrulnik Freedman LLP and Defendant Jason Cyrulnik, by and through their undersigned counsel, hereby stipulate as follows:

　　　**WHEREAS**, on July 2, 2021, Plaintiff filed an amended complaint (the "Amended Complaint"), Dkt. No. 31;

　　　**WHEREAS**, on August 13, 2021, Defendant filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"), Dkt. No. 36;

　　　**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows:

1. Plaintiff shall file their opposition on September 21, 2021.

2. Defendant shall file his reply on October 13, 2021.

Dated: August 24, 2021
New York, NY

Respectfully submitted,

**KAPLAN HECKER & FINK LLP**                    **KASOWITZ BENSON TORRES LLP**

*/s/ Sean Hecker*                               */s/ Gavin D. Schryver*
Sean Hecker                                     Marc E. Kasowitz
350 Fifth Avenue, Suite 7110                    Michael A. Hanin
New York, NY 10118                              Gavin D. Schryver
Telephone: (212) 763-0883                       1633 Broadway
Email: shecker@kaplanhecker.com                 New York, NY 10019
                                                Telephone: (212) 506-1700
**ROCHE FREEDMAN LLP**                          Email: mkasowitz@kasowitz.com
                                                Email: mhanin@kasowitz.com
                                                Email: gschryver@kasowitz.com

*/s/ Eric S. Rosen*
Eric S. Rosen
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: erosen@rcfllp.com


SO ORDERED:


Dated: _____, 2021                     _____
                                                Hon. John G. Koeltl
                                                United States District Judge