**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                                        Plaintiff,            **21-CV-01746 (JGK)(SN)**

                -against-                                          **ORDER**

JASON CYRULNIK,

                                        Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/31/2022 __
```

**SARAH NETBURN, United States Magistrate Judge**:

        In light of the Honorable John G. Koeltl's January 27, 2022 opinion and order denying

Defendant's motion to dismiss, the parties are directed to contact Courtroom Deputy Rachel

Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates

to schedule a settlement conference if it would be productive at this time. The Court will likely

be unable to accommodate last-minute requests for settlement conferences, and the parties

should not anticipate that litigation deadlines will be adjourned in response to late requests for

settlement conferences.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        January 31, 2022
              New York, New York