# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

GAVIN D. SCHRYVER
DIRECT DIAL: (212) 506-1891
DIRECT FAX: (212) 835-5291
GSCHRYVER@KASOWITZ.COM

February 25, 2022

**By ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

*[signature]*

John G. Koeltl, U.S.D.J.

2/25/22

Re: _Roche Cyrulnik Freedman LLP v. Cyrulnik_, Case No. 1:21-cv-01746 (JGK)

Dear Judge Koeltl:

Pursuant to Rule 6.A.2 of Your Honor's Individual Practices, I write on behalf of Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Jason Cyrulnik ("Cyrulnik") to request permission to file under temporary seal Cyrulnik's Answer to Plaintiff's Amended Complaint with Counterclaims and Third-Party Complaint and certain exhibits thereto, which are being filed concurrently herewith. Cyrulnik intends to reference certain documents and information Plaintiff/Counterclaim-Defendant Roche Cyrulnik Freedman LLP ("RCF") contends are confidential and warrant sealing. Although Cyrulnik does not believe the materials warrant sealing, he makes this request in the interest of affording RCF the opportunity to file a motion for longer-term sealing, to which motion Cyrulnik will respond in due course. In accordance with Rule 6.A.2 of your Honor's Individual Practices, we have notified RCF of its obligation to file a letter within three days explaining the need to seal the materials.

We thank the Court for its consideration of this request.

Respectfully,

*[signature]*

Gavin D. Schryver

cc:      Counsel of Record (via ECF)