UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE CYRULNIK FREEDMAN LLP,

                Plaintiff,

- against -

JASON CYRULNIK,

                Defendant.

21-cv-1746 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 18, 2022.

SO ORDERED.

Dated:    New York, New York
            February 26, 2022

                                          John G. Koeltl
                                    United States District Judge