UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

ROCHE CYRULNIK FREEDMAN LLP,

                 Plaintiff,        21-cv-1746 (JGK)

   - against -                        AMENDED
                                ORDER OF REFERENCE
JASON CYRULNIK,              TO A MAGISTRATE JUDGE

                 Defendant.
───────────────────────────────

**JOHN G. KOELTL**, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X**  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___  Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____ | Purpose: _____ |
| | ___ Habeas Corpus |
| | ___ Social Security |
| ___  Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___  Inquest After Default/Damages Hearing | Particular Motion: _____ |
| | All such motions: _____ |

SO ORDERED.

New York, New York
March 25, 2022

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                            United States District Judge

* Do not check if already referred for general pretrial.