UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                            Plaintiff,                        21-CV-01746 (JGK)(SN)

        -against-                                     **ORDER**

JASON CYRULNIK,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On March 25, 2022, the Honorable John G. Koeltl referred this case to me for general pretrial supervision. The parties are to follow the discovery schedule set by Judge Koeltl. See ECF No. 92. Additionally, by June 10, 2022, the parties shall file a joint letter informing the Court as to the status of discovery.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:       March 25, 2022
                   New York, New York