# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

April 1, 2022

**Via ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Roche Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-1746 (S.D.N.Y.)

Dear Judge Koeltl:

We represent Plaintiff Roche Freedman LLP ("RF") in this matter and write pursuant to the Court's Individual Practices Rule VI.A.2 to request permission to file under seal RF's Answer to Cyrulnik's Counterclaims, which is being concurrently filed herewith.

RF's Answer reproduces the allegations set forth in Cyrulnik's Counterclaims. (*See* Dkt. Nos. 62 (original version), 72 (corrected version).) The Court previously issued an order sealing certain information contained in those allegations. (*See* Dkt. No. 71.) RF respectfully requests that the Court seal that same information once again here, for the reasons stated in RF's prior letter. (*See* Dkt. No. 70.)

Thank you for your consideration of this request.

Respectfully,

Sean Hecker

cc:   Counsel of Record (via ECF)

*Handwritten annotation:* Application granted. A redacted version should be filed in the public file. So ordered. /s/ J. Koeltl, U.S.D.J. 4/1/22