UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>    Defendant. | Case No. 1:21-cv-01746 (JGK) (SN) |
| JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE CYRULNIK FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | |
| JASON CYRULNIK,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>    Third-Party Defendants. | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

-2-

Please enter my appearance as counsel in this case for Counterclaim-Defendants and Third-Party Defendants Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand. I certify that I am admitted to practice in this Court.

Dated: New York, New York
April 26, 2022

/s/ Sean Hecker
Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0889
shecker@kaplanhecker.com

*Counsel for Plaintiff Roche Cyrulnik Freedman LLP, Counterclaim-Defendants Roche Cyrulnik Freedman LLP, Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand and Third-Party Defendants Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand*