**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP,<br><br>  Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>  Defendant. | Case No. 1:21-cv-01746 (JGK) |

JASON CYRULNIK,

  Counterclaim-Plaintiff,

v.

ROCHE CYRULNIK FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,

  Counterclaim-Defendants.

JASON CYRULNIK,

  Third-Party Plaintiff,

v.

KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,

  Third-Party Defendants.

**DECLARATION OF SEAN HECKER**

I, Sean Hecker, declare as follows:

1.      I am a partner at the law firm Kaplan Hecker & Fink LLP, and counsel for Counterclaim-Defendants and Third-Party Defendants in the above-captioned action.  I am fully familiar with the pleadings in this matter and, unless otherwise indicated, I have personal knowledge of facts herein.

2.      I submit this declaration in support of Holcomb, Normand, and Friedland's Motion to Dismiss Cyrulnik's Counterclaims and Third-Party Complaint, and in support of Roche and Freedman's Motion to Dismiss Cyrulnik's Counterclaims and Third-Party Complaint.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Defendant Jason Cyrulnik's Corrected Answer to Plaintiff's Amended Complaint and Counterclaims, and the exhibits thereto.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum of Understanding dated December 26, 2019, and Exhibits B and C thereto.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an email from Roche, Freedman, Holcomb, Normand, and Friedland to Cyrulnik, dated February 12, 2021.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a confidential settlement communication sent by Roche on behalf of Roche Freedman LLP to Cyrulnik on February 19, 2021.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the New York Department of State Entity Information for Cyrulnik Fattaruso LLP.

I declare under penalty of perjury that the above is true and correct.

2

Dated: New York, New York
      April 26, 2022

Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0889
shecker@kaplanhecker.com

*Counsel for Plaintiff Roche Cyrulnik Freedman LLP, Counterclaim-Defendants Roche Cyrulnik Freedman LLP, Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand and Third-Party Defendants Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand*

3