# Kasowitz Benson Torres LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
|  |  | LOS ANGELES |
| GAVIN D. SCHRYVER | (212) 506-1700 | MIAMI |
| DIRECT DIAL: (212) 506-1891 |  | NEWARK |
| DIRECT FAX: (212) 835-5291 | FAX: (212) 506-1800 | SAN FRANCISCO |
| GSchryver@kasowitz.com |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

May 9, 2022

**By ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

      Re: <u>Roche Cyrulnik Freedman LLP v. Cyrulnik</u>, Case No. 1:21-cv-01746 (JGK)

Dear Judge Koeltl:

      Pursuant to Rule 6.A.2 of Your Honor's Individual Practices, I write on behalf of Defendant/Counterclaim-Plaintiff Jason Cyrulnik ("Cyrulnik") to request permission to file under temporary seal an exhibit to Cyrulnik's letter in response to Counterclaim-Defendants' May 4, 2022 letter raising a discovery dispute concerning Cyrulnik's initial disclosures. (ECF No. 112.) Cyrulnik intends to reference certain information Counterclaim-Defendants contend are confidential and warrant sealing. Although Cyrulnik does not believe the materials warrant sealing, he makes this request in the interest of affording Counterclaim-Defendants the opportunity to file a motion for longer-term sealing, to which motion Cyrulnik will respond in due course. In accordance with Rule 6.A.2 of your Honor's Individual Practices, we have notified Counterclaim-Defendants of their obligation to file a letter within three days explaining the need to seal the materials.

      We thank the Court for its consideration of this request.

      Respectfully,

      Gavin D. Schryver

cc:    Counsel of Record (via ECF)