# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212-763-0883
DIRECT EMAIL    shecker@kaplanhecker.com

June 12, 2022

**Via ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:     *Roche Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-1746 (S.D.N.Y.)

Dear Judge Netburn:

    We represent Plaintiff, Roche Freedman LLP and Counterclaim-Defendants Kyle Roche, Devin Freedman, Amos Friedland, Nathan Holcomb, and Edward Normand.

    As detailed in D.E. 131, the parties filed separate discovery status letters to the Court. Plaintiff's letter cited to an "Exhibit 1," which was mistakenly not attached to the filing. Consequently, we refiled the letter with Exhibit 1 today (see, D.E. 133 and 133-1). No other changes were made.

    Thank you for your consideration.

Respectfully,

Sean Hecker

cc:     Counsel of Record (via ECF)