UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                        Plaintiff,                    21-CV-01746 (JGK)(SN)

    -against-                              **ORDER**

JASON CYRULNIK,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Court ordered the parties to file a joint letter on the status of discovery by June 10, 2022. The parties submitted five filings. See ECF Nos. 130-34.

       Substantial completion of document production was due on June 6, 2022. See ECF No. 92. In his letter, ECF No. 132, Defendant/Counterclaim-Plaintiff Cyrulnik complains vaguely of discovery deficiencies related to Plaintiff's "conspiracy" and other matters but fails to identify with any specificity what discovery is missing or how Plaintiff's production is inadequate. Notwithstanding the Scheduling Order, Cyrulnik is "hopeful" that the parties will resolve these disputes or will raise them with the Court "in the next two weeks." Cyrulnik's letter is interpreted as a request for an indefinite extension of the Scheduling Order deadlines, and that request is denied as improper.

The parties are ORDERED to meet and confer on any outstanding document discovery disputes and to file any letter application with the Court by June 21, 2022. For the avoidance of doubt, as ordered by Judge Koeltl, all fact discovery must be completed on August 1, 2022, absent good cause shown for relief from that deadline.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 15, 2022
         New York, New York