# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| GAVIN D. SCHRYVER |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-1891 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5291 | FAX: (212) 506-1800 | NEWARK |
| GSchryver@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

June 21, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. So ordered.
>
> New York, NY          /s/ John G. Koeltl
> June 22, 2022         John G. Koeltl, U.S.D.J.

Re: *Roche Cyrulnik Freedman LLP v. Cyrulnik*, Case No. 1:21-cv-01746 (JGK)

Dear Judge Koeltl:

We represent Defendant/Counterclaim-Plaintiff Jason Cyrulnik and write, pursuant to Rule VI.A.2 of Your Honor's Individual Practices, in response to the letter from Plaintiff/Counterclaim-Defendant Roche Cyrulnik Freedman LLP requesting permission to file under temporary seal Exhibit 8 to Plaintiff's June 17, 2022 letter to the Court, as well as certain portions of the letter itself (Dkt. Nos. 139-40).

Cyrulnik respectfully requests that the Court permanently seal the information that Plaintiff sought to seal temporarily. Exhibit 8 is a picture of a baseless complaint that was filed against Mr. Cyrulnik as a tactic in a matrimonial proceeding involving a family member of his, which was then dropped and dismissed in its entirety, along with an order that it be expunged. The material redacted from the letter are references to Exhibit 8, as well as figures representing the fees billed to Cyrulnik's clients. We understand that Plaintiff/Counterclaim-Defendant does not oppose this request for sealing.

We thank the Court for its consideration of this request.

Respectfully,

*[signature]*

Gavin D. Schryver

cc:   Counsel of Record (via ECF)