```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                        Plaintiff,                      21-CV-01746 (JGK)(SN)

     -against-                                            **ORDER**

JASON CYRULNIK,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A conference is scheduled for July 5, 2022, at 3:00 p.m., to discuss the parties' various discovery disputes and motions to compel. See ECF Nos. 140, 142, 144. The parties are ORDERED to appear at that time in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 15 minutes in advance to complete the entry screening process.

      To the extent that either party wishes to file a single letter in opposition regarding the disputes currently before the Court, the parties must file any such opposition by June 28, 2022. No replies are necessary.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      June 23, 2022
                 New York, New York