UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ROCHE CYRULNIK FREEDMAN LLP,**

                 **Plaintiff,**            **21-CV-01746 (JGK)(SN)**

     -against-                            **ORDER**

**JASON CYRULNIK,**

                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     The parties' motions to seal at ECF Nos. 139, 147, and 151 are GRANTED on an interim basis, and the Court may reconsider its ruling when it considers the merits of the underlying motions.

     Additionally, the parties are reminded that this case has been referred to me for general pretrial supervision. See ECF No. 93. All applications related to pretrial matters, including discovery, should be addressed to me, not to Judge Koeltl.

     Finally, in light of the voluminous nature of the parties' filings, see ECF Nos. 140, 142, 144, 148, 150, the parties are ORDERED to submit two (2) courtesy copies of well-organized three-ring binders containing the parties' papers and supporting exhibits to Chambers by 10:00 a.m. on June 30, 2022.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     June 29, 2022
                New York, New York