UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>    Defendant.<br><br>JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE CYRULNIK FREEDMAN LLP,<br>KYLE ROCHE, DEVIN FREEDMAN, AMOS<br>FRIEDLAND, NATHAN HOLCOMB, and<br>EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | Case No. 1:21-cv-01746 (JGK)(SN)<br><br>**NOTICE OF MOTION TO AMEND THE CAPTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Sean Hecker and memorandum of law, both dated July 7, 2022, and upon all papers and proceedings herein, Plaintiff Roche Freedman LLP (f/k/a Roche Cyrulnik Freedman LLP) hereby moves this Court, before the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order amending the case caption from *Roche Cyrulnik Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-01746 (JGK)(SN) (S.D.N.Y.), to *Roche Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-01746 (JGK)(SN) (S.D.N.Y.), pursuant to the Court's inherent powers.

Dated: July 7, 2022

By: /s/ Sean Hecker
Sean Hecker
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 110
New York, New York 10118
Tel: (212) 763-0883
Email: shecker@kaplanhecker.com

Eric Rosen
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
Email: erosen@rochefreedman.com

*Attorneys for Plaintiff*