UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                Plaintiff,                  21-CV-01746 (JGK)(SN)

    -against-                                  **ORDER**

JASON CYRULNIK,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

This order addresses the parties' dispute over the proposed search terms and date ranges.

Having considered the parties' submission at ECF No. 176 Exhibit 1, the Court ORDERS that:

- Plaintiff shall run searches for all of the search terms on Page 1 of ECF No. 176 Exhibit 1 using the date ranges proposed by Defendant.

- Plaintiff shall run searches for the search terms in Rows 1, 2, 3, 9, 10, 11, and 18 on Page 2 of ECF No. 176 Exhibit 1 using the date ranges proposed by Plaintiff.

- Plaintiff shall run searches for the search terms in Rows 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, and 19-40 on Page 2 of ECF No. 176 Exhibit 1 using the date ranges proposed by Defendant.

- Plaintiff shall run searches for the search terms in Rows 1, 2, 3, and 4 on Page 3 of ECF No. 176 Exhibit 1 using the date ranges proposed by Defendant.

- Plaintiff's objections as to the search terms in Rows 5-18 on Page 3 of ECF No. 176 Exhibit 1 are sustained. To the extent Defendant believes, in good faith, that these challenged search terms are highly relevant and would not be captured by other search terms, Plaintiff may propose a Boolean search (that is, a more narrowed search that contains keywords and limitations) for each of these terms. Defendant will then run one search for those more limited terms, and the parties will meet and confer.

**SO ORDERED.**

DATED:    July 21, 2022
                New York, New York

SARAH NETBURN
United States Magistrate Judge