UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE CYRULNIK FREEDMAN LLP,

               Plaintiff,

    - against -

JASON CYRULNIK,

               Defendant.

21-cv-1746 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The parties should submit one set of paper courtesy copies of all papers filed in connection with the fully-briefed motions to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           July 20, 2022

                                    John G. Koeltl
                             United States District Judge