```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                         Plaintiff,

         -against-

JASON CYRULNIK,

                         Defendant.

-----------------------------------------------------------------X

21-CV-01746 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      Plaintiff and the Counterclaim Defendants have filed an *ex parte* letter explaining the need to anonymize one client in disclosing ESI parameters to Defendant. In light of the representations made in the letter, the identity of this single client of Plaintiff and the Counterclaim Defendants may remain confidential.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 25, 2022
               New York, New York