```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ROCHE FREEDMAN LLP,**

                  **Plaintiff,**                  21-CV-01746 (JGK)(SN)

   -against-                                    **ORDER**

**JASON CYRULNIK,**

                  **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to the conference held on August 19, 2022, the following dates are scheduled for depositions in this case. These dates are not subject to modification without Court approval.

- 08/22/2022 – Rule 30(b)(6) deposition of Roche Freedman LLP
- 09/02/2022 – Seth Salver (to occur on or before this date)
- 09/02/2022 – Director of Operations at Roche Freeman (Tracy)
- 09/08/2022 – Rule 30(b)(6) deposition of Cyrulnik Fattaruso LLP
- 09/12/2022 – Amos Friedland
- 09/13/2022 – Edward Normand
- 09/14/2022 – Velvel Freedman
- 09/15/2022 – Rule 30(b)(6) deposition of Patterson Belknap LLP
- 09/15/2022 – Kyle Roche
- 09/16/2022 – Jordana Haviv
- 09/16/2022 – Richard Cipolla
- 09/19/2022 – Nathan Holcomb

- 09/20/2022 – Jason Cyrulnik

The parties are ordered to meet and confer regarding any open dates and provide a proposed schedule for the Court's endorsement by no later than August 26, 2022.

- Rule 30(b)(6) deposition of non-party previously scheduled for September 19. This deposition shall be rescheduled for a date on or before September 30.

- The deposition of Paul Fattaruso shall occur on September 28, 29 or 30.

- The deposition of Daniel Stone and Stephen Lago shall occur on September 28, 29 or 30.

- Defendant must select which Roche Freeman witness(es) he seeks to depose by August 29. That deposition(s) shall occur on or before September 30.

- The depositions of non-parties Derek Rundell, Katherine Eskovitz, and Jeroen Van Kwawegen shall be coordinated with their counsel for a date to occur on or before October 14.

In addition, the parties shall meet and confer regarding topics to be noticed in the 30(b)(6) deposition of Cyrulnik Fattaruso LLP. To the extent any disputes remain after a good faith negotiation, Defendant's objections shall be filed by August 24, 2022, with Plaintiff's response due August 25, 2022. Neither filing shall exceed three pages. The parties are reminded that the Court may sanction a party and/or counsel if a litigation position is determined to be unreasonable or taken in bad faith.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 19, 2022
          New York, New York