# Exhibit D

**EFiled:  Aug 26 2022 06:12PM EDT**
**Transaction ID 67981222**
**Case No. 2017-0486-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE STRAIGHT PATH COMMUNICATIONS INC. CONSOLIDATED STOCKHOLDER LITIGATION | ) ) ) ) ) ) | C.A. NO. 2017-0486-SG |

### NOTICE OF CHALLENGE TO CONFIDENTIAL TREATMENT PURSUANT TO COURT OF CHANCERY RULE 5.1(f)

The undersigned counsel hereby gives notice pursuant to Court of Chancery Rule 5.1(f) that the interested party identified below is challenging the designation of the following docket entries in this case as confidential:

- DI 326, 328 (Ex. 1 & Exs. 3-6 to JDS1's Notice of Exception to Recommendation of Special Master Peter B. Ladig Regarding Search Protocol);

- DI 349 (Motion for Sanctions with Exhibits);

- DI 407 (Motion to Compel, Exhibits to the Transmittal Declaration);

- DI 417 (Plaintiffs' Motion to Supplement Case Schedule to Impose Election Deadline Regarding Jason Cyrulnik, Exhibits to the Transmittal Declaration);

- DI 437 (Plaintiffs' Reply in Further Support of Motion to Supplement Case Schedule to Impose Election Deadline Regarding Jason Cyrulnik, Esq.'s Role at Trial with Exhibits);

- DI 478 (Plaintiffs' Omnibus Answering Brief in Opposition to Defendants' Motions for Summary Judgment with Declaration and Exhibits).

PINCKNEY, WEIDINGER, URBAN
& JOYCE LLC

*/s/* Elizabeth Wilburn Joyce
Elizabeth Wilburn Joyce (DE No. 3666)
Michael A. Weidinger (DE No. 3330)
2 Mill Road, Suite 204
Wilmington, Delaware 19806
Telephone:  (302) 504-1497
Facsimile: (302) 442-7046
ewilburnjoyce@pwujlaw.com
mweidinger@pwujlaw.com

*Counsel for Interested Party Roche Freedman LLP*

Dated: August 26, 2022

## <u>CERTIFICATE OF SERVICE</u>

Elizabeth Wilburn Joyce, Esquire hereby certifies that on August 26, 2022

copies of the foregoing *Notice of Challenge to Confidential Treatment Pursuant to*

*Court of Chancery Rule 5.1(f)* were served electronically upon the following

counsel:

| | |
|---|---|
| Ned Weinberger, Esquire<br>Mark D. Richardson, Esquire<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue<br>Suite 1340<br>Wilmington, Delaware 19801 | Kevin R. Shannon, Esquire<br>Berton W. Ashman, Jr., Esquire<br>Jaclyn C. Levy, Esquire<br>David A. Seal, Esquire<br>Jacqueline Rogers, Esquire<br>POTTER ANDERSON &<br>CORROON, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, Delaware 19801 |
| Melissa A. Lagoumis, Esquire<br>John M. OToole, Esquire<br>Rudolf Koch, Esquire<br>Kevin M. Galleher, Esquire<br>Daniel E. Kaprow, Esquire<br>RICHARDS LAYTON<br>& FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Jon E. Abramczyk, Esquire<br>Alexandra M. Cumings, Esquire<br>MORRIS NICHOLS ARSHT<br>& TUNNELL<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 |

*/s/ Elizabeth Wilburn Joyce*
Elizabeth Wilburn Joyce (DE. No. 3666)