**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212-763-0883
DIRECT EMAIL   shecker@kaplanhecker.com

September 9, 2022

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
40 Foley Square, Room 430
New York, NY 10007

Re:   *Roche Freedman LLP v. Jason Cyrulnik*, No. 1:21-cv-1746 (JGK)(SN)

Dear Judge Netburn:

We write on behalf of Roche Freedman LLP ("RF") to certify compliance with the Court's September 1 order (ECF 235). RF ran the last two complete strings identified in Defendant's letter at ECF 220, for the period January 15 to February 20, 2021, and reviewed all documents that hit on those terms. This review identified two responsive documents, both of which are privileged. Accordingly, there are no additional documents to produce pursuant to the Court's order.

Respectfully,

Sean Hecker

cc:   Counsel of Record (via ECF)