UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>   Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>   Defendant. | Case No. 1:21-cv-01746 (JGK)(SN) |
| JASON CYRULNIK,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br>   Counterclaim-Defendants. | |
| JASON CYRULNIK,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br>   Third-Party Defendants. | |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

  **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Sean Hecker, dated September 13, 2022, and pursuant to Local Civil Rule 1.4, Counterclaim-Defendant and Third-Party Defendant Kyle Roche respectfully requests the withdrawal of the appearance of

Sean Hecker as his counsel. Mr. Hecker will continue to represent Plaintiff Roche Freedman LLP and the remaining Counterclaim-Defendants and Third-Party Defendants.

Dated: September 13, 2022
       New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com

*Counsel for Plaintiff and Counterclaim Defendants and Third-Party Defendants*