UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>   Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>   Defendant. | Case No. 1:21-cv-01746 (JGK)(SN) |
| JASON CYRULNIK,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>   Counterclaim-Defendants. | |
| JASON CYRULNIK,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>   Third-Party Defendants. | |

**DECLARATION OF SEAN HECKER IN SUPPORT OF NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Sean Hecker, declare and state as follows:

1. On February 27, 2021, I filed the complaint in this action and appeared on behalf of Plaintiff Roche Freedman LLP (ECF No. 1).

2. On April 26, 2022, I filed a Notice of Appearance on behalf of Counterclaim-Defendants and Third-Party Defendants Devin Freedman, Amos Friedland, Nathan Holcomb, Edward Normand, and Kyle Roche (ECF. No. 100).

3. Pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Counterclaim-Defendant and Third-Party Defendant Kyle Roche.

4. Counterclaim-Defendant and Third-Party Defendant Kyle Roche will continue to be represented by Matthew P. Leto.

5. Plaintiff Roche Freedman LLP and the remaining Counterclaim-Defendants and Third-Party Defendants will continue to be represented by me.

6. The reason for this withdrawal is because Kaplan Hecker & Fink and Counterclaim-Defendant and Third-Party Defendant Kyle Roche have mutually agreed that Mr. Roche will be represented solely by Matthew P. Leto.

7. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Defendant and Counterclaim Plaintiff and Third-Party Plaintiff.  I am not asserting a retaining or charging lien.

Dated: September 13, 2022
New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118

Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com

*Counsel for Plaintiff and Counterclaim Defendants and Third-Party Defendants*