# EXHIBIT 4

**Subject:** RE: Christian Ager-Hansen
**Date:** Tuesday, September 20, 2022 at 7:20:39 AM Eastern Daylight Time
**From:** Sean Hecker
**To:** Gavin D. Schryver, Kevin A. Cyrulnik, Young Jun Choi
**CC:** Matthew Leto, Velvel Freedman, Stephen Lagos, Joseph Delich

**[EXTERNAL SENDER]**

Gavin:

You have failed to respond to my emails of Thursday and yesterday and your client's deposition begins in just over an hour. We reserve the right to recall your client to testify on this topic.

Thanks,
Sean

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 212.763.0889 | (M) 917.892.7920
shecker@kaplanhecker.com

**From:** Sean Hecker <shecker@kaplanhecker.com>
**Sent:** Monday, September 19, 2022 8:41 AM
**To:** Gavin D. Schryver <GSchryver@kasowitz.com>; Kevin A. Cyrulnik <KCyrulnik@kasowitz.com>; Young Jun Choi <YChoi@kasowitz.com>
**Cc:** Matthew Leto <MLeto@letolawfirm.com>; Velvel Freedman <vel@rochefreedman.com>; Stephen Lagos <slagos@rochefreedman.com>; Joseph Delich <jdelich@rochefreedman.com>
**Subject:** Re: Christian Ager-Hansen

Gavin:

Please produce these materials promptly or let us know if you are refusing to do so.

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 212.763.0889 | (M) 917.892.7920
shecker@kaplanhecker.com

**From:** Sean Hecker <shecker@kaplanhecker.com>
**Sent:** Thursday, September 15, 2022 3:26 PM
**To:** Gavin D. Schryver <GSchryver@kasowitz.com>; Kevin A. Cyrulnik <KCyrulnik@kasowitz.com>; Young Jun Choi <YChoi@kasowitz.com>
**Cc:** Matthew Leto <MLeto@letolawfirm.com>; Velvel Freedman <vel@rochefreedman.com>; Stephen Lagos <slagos@rochefreedman.com>; Joseph Delich <jdelich@rochefreedman.com>
**Subject:** Christian Ager-Hansen

Gavin,

Before Jason's deposition, and to avoid the need to re-depose Jason (or anyone else), we'd ask that you please produce copies of all correspondence and documents exchanged with Christian Ager-Hansen by COB tomorrow.

Thanks,
Sean

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 212.763.0889 | (M) 917.892.7920
shecker@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*