UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                              **Plaintiff,**

      -against-                                                  21-CV-01746 (JGK)(SN)

                                                                  <u>**ORDER**</u>

JASON CYRULNIK,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     Non-party noticed deponents Jeroen van Kwawegen ("JvK") and Mark Richardson have moved to quash subpoenas issued to them by Plaintiff. Separately, Plaintiff has moved to quash a subpoena issued by Defendant seeking to depose non-party Christen Ager-Hanssen. Upon review of the briefs at ECF Nos. 226, 246, 256, and 260, both motions are granted.

     The Court finds that the subpoenas served on JvK, Richardson, and Ager-Hannsen are burdensome, seek information not likely to be relevant or admissible at trial, and appear to have been issued for improper purposes. The Court is particularly troubled by the ethical implications these subpoenas present to JvK and Richardson with respect to the Delaware litigation. Accordingly, the motions to quash the subpoenas served on JvK, Richardson, and Ager-Hannsen are GRANTED. The Clerk of Court is directed to terminate the motions at ECF Nos. 226, 231, and 256.

**SO ORDERED.**

                                                                                      _____
                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:       September 28, 2022
                  New York, New York