UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>    Defendant. | Case No. 1:21-cv-01746 (JGK) |
| JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | |
| JASON CYRULNIK,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>    Third-Party Defendants. | |

**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL**

1

Notice is hereby given that, subject to the approval of the Court, Plaintiff / Counterclaim-Defendant Roche Freedman LLP and Counterclaim Defendants / Third-Party Defendants Devin Freedman, Amos Friedland, and Edward Normand substitute Shapiro Arato Bach LLP as counsel of record in place of Kaplan Hecker & Fink LLP, which shall have no further responsibility as counsel for these parties.

Contact information for new counsel is as follows:

Jonathan P. Bach (Bar No. JB9710)
Shapiro Arato Bach LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel: (212) 257-4897   Facsimile: (212) 202-6417
jbach@shapiroarato.com

Dated: November 8, 2022

I consent to the above substitution:

*Devin Freedman* (DocuSigned)
Roche Freedman LLP

*Devin Freedman* (DocuSigned)
Devin Freedman

*Amos Friedland* (DocuSigned)
Amos Friedland

*[signature]* (DocuSigned)
Edward Normand

I consent to being substituted:

/s/ Timothy Sun Martin
Sean Hecker
Timothy Sun Martin
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com
tmartin@kaplanhecker.com

I consent to the above substitution:

/s/ Jonathan P. Bach
Jonathan P. Bach
**SHAPIRO ARATO BACH LLP**
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 257-4897
Facsimile: (212) 202-6417
jbach@shapiroarato.com

The substitution of counsel is hereby approved and so ORDERED.

Date: 11/8/22

_____
The Honorable John G. Koeltl
United States District Judge