UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

          Plaintiff,

- against -

JASON CYRULNIK,

          Defendant.

---

21-cv-1746 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The defendant-counterclaim plaintiff Jason Cyrulnik is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed objections to the Magistrate Judge's September 28, 2022 Order (ECF No. 262).

**SO ORDERED.**

Dated:    New York, New York
           November 11, 2022

                                        John G. Koeltl
                                United States District Judge