**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROCHE FREEDMAN LLP,

          Plaintiff,

v.

JASON CYRULNIK,

          Defendant.

Case No. 1:21-cv-01746 (JGK)(SN)

JASON CYRULNIK,

          Counterclaim-Plaintiff,

v.

ROCHE FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,

          Counterclaim-Defendants.

JASON CYRULNIK,

          Third-Party Plaintiff,

v.

KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,

          Third-Party Defendants.

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Sean Hecker,

dated November 17, 2022, and pursuant to Local Civil Rule 1.4, Counterclaim-Defendant and

Third-Party Defendant Nathan Holcomb respectfully requests the withdrawal of the appearance

of Sean Hecker as counsel.

Dated:  November 17, 2022                              Respectfully submitted,
        New York, New York

                                                /s/ Sean Hecker
                                                Sean Hecker
                                                Timothy S. Martin
                                                **KAPLAN HECKER & FINK LLP**
                                                350 Fifth Avenue, 63rd Floor
                                                New York, New York 10118
                                                Telephone: (212) 763-0883
                                                Facsimile: (212) 564-0883
                                                shecker@kaplanhecker.com
                                                tmartin@kaplanhecker.com

                                                *Counsel for Plaintiff and*
                                                *Counterclaim Defendant and Third-*
                                                *Party Defendant*