```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                Plaintiff,                21-CV-01746 (JGK)(SN)

    -against-                                ORDER

JASON CYRULNIK,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A conference to address outstanding discovery disputes is scheduled for Wednesday, January 11, 2023, at 3:30 p.m., and will be held in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:      January 9, 2023
               New York, New York