```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                              **Plaintiff,**                          21-CV-01746 (JGK)(SN)

        -against-                                          **ORDER**

JASON CYRULNIK,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The conference currently scheduled for Wednesday, January 11, 2023, at 3:30 p.m., will be held telephonically. At the time of the conference, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:     January 11, 2023
                    New York, New York