UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**ROCHE CYRULNIK FREEDMAN LLP,**

                        **Plaintiff,**                                21-CV-01746 (JGK)(SN)

        -against-                                               **ORDER**

**JASON CYRULNIK,**

                        **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       As stated on the record at today's conference, should Mr. Ager-Hanssen agree to voluntarily sit for deposition, that deposition shall be scheduled on a date convenient for all parties, no later than February 10, 2023. Mr. Ager-Hanssen shall produce responsive documents or file a motion with the Court challenging the scope of any demands, no later than one week before the scheduled deposition. If Mr. Ager-Hanssen fails to comply with the document production deadline, his deposition will be adjourned without further date. Should Mr. Ager-Hanssen produce responsive documents, the RF parties must comply with Document Request 13, as modified by the Court, within 24 hours of that production.

       The Clerk of Court is requested to terminate the motions at ECF Nos. 312, 313, 314, & 315.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      January 11, 2023
                  New York, New York