**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROCHE CYRULNIK FREEDMAN LLP,

                              **Plaintiff,**

                  -against-

JASON CYRULNIK,

                              **Defendant.**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/19/2023
```

**21-CV-01746 (JGK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In light of both parties' failure to comply with the Court's instruction, given at the conclusion of the January 11, 2023 discovery conference, that their letters not exceed two pages, the Court rejects ECF Nos. 329 and 332. Defendant may file a letter of appropriate length no later than January 20, 2023. Plaintiff shall respond no later than January 23, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       January 19, 2023
             New York, New York