UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                 **Plaintiff,**

-against-                                      21-CV-01746 (JGK)(SN)

                                                            **ORDER**

JASON CYRULNIK,

                 **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Tuesday, January 31, 2023, at 4:00 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of this conference is to resolve the parties' disputes relating to the issues raised in the recent discovery letters.

      Additionally, the Court cannot assess the RF parties' privilege invocation with respect to communications with RF partner Eric Rosen between February 12-16, 2021. The RF Parties contend that these documents reflect communications between the firm and its general counsel where Rosen was providing legal—not business—advice. Cyrulnik challenges the privilege assertion. Accordingly, the RF Parties are ORDERED to produce for *in camera* inspection the documents listed in Cyrulnik's January 20 letter no later than January 26, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 24, 2023
                New York, New York