```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ROCHE FREEDMAN LLP, | |
|                Plaintiff, | 21-cv-1746 (JGK) |
| - against - | ORDER |
| JASON CYRULNIK, | |
|                Defendant. | |
| JASON CYRULNIK, | |
|                Counterclaim-Plaintiff, | |
| - against - | |
| ROCHE FREEDMAN LLP, ET AL., | |
|                Counterclaim-Defendants. | |

JOHN G. KOELTL, District Judge:

    The Counterclaim-Defendants may file by **Wednesday, February 15, 2023,** a one-page letter responding to the Counterclaim-Plaintiff's February 13, 2023 letter. ECF No. 357.

    After the Counterclaim-Defendants file their letter, the Counterclaim-Plaintiff is directed to submit courtesy copies of all papers filed in connection with the fully briefed Objection to the Magistrate Judge's December 9, 2022 Order. See ECF No. 330.

SO ORDERED.

Dated:    New York, New York
            February 13, 2023

                                              John G. Koeltl
                                    United States District Judge