UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                                             **Plaintiff,**

           -against-                                    **21-CV-01746 (JGK)(SN)**

JASON CYRULNIK,                                          **ORDER**

                                           **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the pending close of expert discovery, the parties are directed to meet and confer to discuss the potential for settling this matter. If the parties believe a settlement conference would be productive, they should contact the Court by email at Netburn_NYSDChambers@nysd.uscourts.gov with three (3) mutually convenient dates to schedule a settlement conference if it would be productive at this time. The parties are advised that the Court is currently scheduling settlement conferences six to eight weeks in advance.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       February 22, 2023
                  New York, New York