UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――――

ROCHE FREEDMAN LLP,                    21-cv-1746 (JGK)

          Plaintiff,            ORDER

    - against -

JASON CYRULNIK,

          Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a pre-motion conference on Tuesday, **March 28, 2023,** at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           March 6, 2023

                              /s/ John G. Koeltl
                             ―――――――――――――――――――
                                **John G. Koeltl
                        United States District Judge**