UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,  21-cv-1746 (JGK)

        Plaintiff,  ORDER

- against -

JASON CYRULNIK,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 4, 2023, at 3:30 p.m., is rescheduled for that same date, **April 4, 2023**, at **11:00 a.m.** The Clerk is directed to close ECF No. 369.

SO ORDERED.

Dated:    New York, New York
          March 27, 2023

                                              John G. Koeltl
                                       United States District Judge