

201 South Biscayne Blvd.
Suite 2700
Miami, Florida 33131

305.341.3155 tel
305.397.1168 fax
www.letolawfirm.com

April 11, 2023

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street, Room 14A
New York, NY 10007

        Re:      *Roche Freedman LLP v. Jason Cyrulnik*,
        Case No.  1:21-cv-1746 (S.D.N.Y.)

Dear Judge Koeltl:

      I write on behalf of Counterclaim-Defendant, Kyle Roche, pursuant to Rule VI.A.2 of the Court's Individual Practices, to request permission to file portions of Mr. Roche's answer and counterclaim under seal.

      Mr. Roche respectfully requests to seal portions of the 18th Affirmative Defense and a single paragraph of his counterclaim, which discusses information disclosed in materials that were designated confidential under the Protective Order entered by this Court.

                                       Respectfully submitted,

                                       LETO LAW FIRM

                                       */s/ Matthew P. Leto*

                                       MATTHEW P. LETO

cc:     Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

4/12/23 /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.