**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
lukenikas@quinnemanuel.com

May 1, 2023

<u>VIA ECF</u>

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: <u>Roche Freedman LLP v. Cyrulnik</u>, Case No. 1:21-cv-01746

Dear Judge Koeltl:

I write on behalf of Third-Party Defendant Nathan Holcomb pursuant to Rule VI.A.2 of the Court's Individual Practices to request permission to file portions of Holcomb's Answer under seal.

Holcomb's Answer reproduces Cyrulnik's allegations. The Court has previously issued orders sealing certain information contained in those allegations. (Dkt. Nos. 71, 99, 387.) Holcomb respectfully requests that the Court seal that same information again here. In addition, Holcomb respectfully requests to seal descriptions of the terms of an engagement letter between Roche Freedman LLP and a client, which has been designated confidential under the Protective Order.

Respectfully submitted,

/s/ Luke Nikas

Luke Nikas

Cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/2/23