UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

---

JASON CYRULNIK,

        Counterclaim-Plaintiff,

- against -

ROCHE FREEDMAN LLP, ET AL.,

        Counterclaim-Defendants.

---

21-cv-1746(JGK)

**MEMORANDUM OPINION & ORDER**

**JOHN G. KOELTL, District Judge:**

The objection by counterclaim-defendant Kyle Roche (ECF No. 399) to the amended order of the Magistrate Judge precluding him from serving an untimely expert report (ECF No. 380) is **overruled**. The Magistrate Judge's amended order, like the Magistrate Judge's original order, was neither clearly erroneous nor contrary to law but was well within the Magistrate Judge's discretion. See Fed. R. Civ. P. 72(a); Williams v. Rosenblatt Sec., Inc., 236 F. Supp. 3d 802, 803 (S.D.N.Y. 2017) ("Under [Rule 72(a)'s] highly deferential standard, magistrate judges are afforded broad discretion in resolving nondispositive disputes and reversal is appropriate only if their discretion is abused.").

The objection by the plaintiff and counterclaim-defendants Freedman, Normand, and Friedland (ECF No. 400) to the Magistrate Judge's order denying those parties' request to serve the same untimely expert report (ECF No. 390), is **overruled** for the same reason that Roche's objection is overruled.

The Clerk is directed to close ECF Nos. 399 and 400.

**SO ORDERED.**

Dated:   New York, New York
         May 8, 2023

　　　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge

2