**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
lukenikas@quinnemanuel.com

June 14, 2023

```
          Application granted. SO ORDERED.

VIA ECF    New York, NY    /s/ John G. Koeltl
           June 15, 2023   John G. Koeltl, U.S.D.J.
```

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Roche Freedman LLP v. Cyrulnik*, Case No. 1:21-cv-01746

Dear Judge Koeltl:

My firm represents Nathan Holcomb in the above-captioned action. Defendant Jason Cyrulnik recently filed a declaration by Mr. Holcomb in support of Cyrulnik's motion for summary judgment. (Dckt. #434-3.) As noted in paragraph 1 of the declaration, it contains sensitive personal and financial information. Holcomb joins in the letter motion filed by counsel for Plaintiff and the other Counterclaim-Defendants seeking to have various categories of sensitive client, business and personal information filed under seal, for the reasons stated in that motion. (Dckt. #422.) Attached as an exhibit hereto is a copy of Mr. Holcomb's Declaration with proposed redactions of sensitive client, business and personal information highlighted in yellow. To the extent other parties seek to have additional material in the declaration filed under seal, Holcomb does not oppose any such request.

Respectfully,

*/s/ Luke Nikas*

Luke Nikas

cc: All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH