```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

ROCHE FREEDMAN LLP,

                Plaintiff,

     - against –

JASON CYRULNIK,

                Defendant.

21-cv-1746 (JGK)

ORDER

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties are reminded that this case has been referred to Magistrate Judge Netburn for general pretrial supervision, and that all applications related to pretrial matters, including discovery, should be addressed to Magistrate Judge Netburn.

**SO ORDERED.**

Dated:    New York, New York
           June 16, 2023

                                           /s/ John G. Koeltl
                                             John G. Koeltl
                                  United States District Judge