UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE CYRULNIK FREEDMAN LLP,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>    Defendant.<br><br>JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE CYRULNIK FREEDMAN LLP,<br>KYLE ROCHE, DEVIN FREEDMAN, AMOS<br>FRIEDLAND, NATHAN HOLCOMB, and<br>EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | Case No. 1:21-cv-01746-JGK |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO COUNTERCLAIM-DEFENDANT NATHAN HOLCOMB**

IT IS HEREBY STIPULATED AND AGREED between Defendant/Counterclaim-Plaintiff Jason Cyrulnik ("Cyrulnik") and Counterclaim-Defendant Nathan Holcomb ("Holcomb") that all of Cyrulnik's claims asserted against Holcomb in the above-captioned action are dismissed without prejudice, without interest or costs to any party. For the avoidance of doubt, this stipulation of dismissal applies only to Holcomb, and not to Cyrulnik's claims against the other Counterclaim-Defendants, which Cyrulnik is continuing to pursue.

Dated: New York, New York
June 22, 2023

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| By: *[signature]*<br>Luke Nikas<br>(lukenikas@quinnemanuel.com)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Attorneys for Counterclaim-Defendant Nathan Holcomb* | By: *[signature]*<br>Marc E. Kasowitz (mkasowitz@kasowitz.com)<br>Kevin A. Cyrulnik (kcyrulnik@kasowitz.com)<br>Gavin D. Schryver (gschryver@kasowitz.com)<br>1633 Broadway<br>New York, New York 10019<br>Tel.:   (212) 506-1700<br>Fax:   (212) 506-1800<br><br>*Attorneys for Defendant/Counterclaim-Plaintiff Jason Cyrulnik* |

**SO ORDERED:**

Dated: New York, New York
June 23, 2023

*[signature]*
Hon. John G. Koeltl
United States District Judge