UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                              **Plaintiff,**

    -against-                                              **21-CV-01746 (JGK)(SN)**

                                                                         **ORDER**

JASON CYRULNIK,

                                **Defendant.**
-----------------------------------------------------------

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has reviewed the RF parties' motions to seal portions of their own motion, ECF No. 422 (unopposed), and various portions of Defendant's summary judgment papers, Defendant's letter in opposition, and the RF parties' reply, ECF Nos. 439, 440, 444, 445. The letters reflect the parties' continued inability to resolve even the most minor disputes without judicial intervention. See ECF No. 307 (admonishing all counsel for taking unreasonable positions and engaging in unprofessional tactics). Relatedly, they suggest that the parties did not engage in a good faith meet and confer before filing large swaths of documents under seal. Accordingly, the parties are ORDERED to meet and confer with the purpose of narrowing the issues for judicial resolution.

      The parties are further ORDERED to file a joint status letter no later than June 30, 2023. The letter should indicate whether there are any agreed-upon redactions for the Court's consideration and what proposed redactions remain in dispute. All proposed redactions must be particularly described and the party seeking redaction must satisfy the standard for sealing under Second Circuit case law.

      Additionally, any party seeking to file any document under seal shall provide a courtesy copy of such filing with the proposed redactions highlighted for ease of judicial review.

The Clerk of Court is requested to terminate the motion at ECF No. 439 and 422.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 26, 2023
         New York, New York

2