UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>    Defendant.<br><br>JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | Case No. 1:21-cv-01746 (JGK) |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric S. Rosen, Esq. hereby notifies the Court and all parties that Mr. Rosen is no longer with the firm Freedman Normand Friedland LLP and involved in this matter and is therefore withdrawing as counsel of record.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Eric S.

Rosen. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Plaintiff and Counterclaim-Defendant.

Dated: July 11, 2023            Respectfully submitted,

                             Eric S. Rosen
                             **Dynamis LLP**
                             225 Franklin Street, 26th Floor
                             Boston, MA 02210
                             erosen@dynamisllp.com
                             (M) +1 646-541-8484
                             (O) +1 617-802-9157