UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                           **Plaintiff,**

-against-                                       21-CV-01746 (JGK)(SN)

**ORDER**

**JASON CYRULNIK,**

                           **Defendant.**
-----------------------------------------------------------

**SARAH NETBURN, United States Magistrate Judge:**

    All parties and interested non-parties are informed that the Court will accept no further filings on the pending sealing dispute unless ordered by the Court.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    August 4, 2023
                 New York, New York