```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――――
ROCHE FREEDMAN LLP,                     21-cv-1746 (JGK)

                Plaintiff,              ORDER


        - against –

JASON CYRULNIK,

                Defendant.
―――――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument with respect to the cross-motions for summary judgment on **November 6, 2023**, at **2:30 p.m**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:   New York, New York
         August 28, 2023              ___/s/ John G. Koeltl___
                                         **John G. Koeltl
                                     United States District Judge**