UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROCHE FREEDMAN LLP,

                    Plaintiff,

        -against-

JASON CYRULNIK,

                    Defendant.
------------------------------------------------------------X

JASON CYRULNIK,

                    Counterclaim-Plaintiff,

        -against-

ROCHE FREEDMAN LLP, et al.,

                    Counterclaim-Defendants.
------------------------------------------------------------X

21-CV-01746 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the Honorable John G. Koeltl's November 24, 2023 opinion and order, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if it would be productive at this time. The Court will likely be unable to accommodate last-minute requests and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:   November 28, 2023
                New York, New York