```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROCHE FREEDMAN LLP,

                Plaintiff,

    - against -

JASON CYRULNIK,

                Defendant.

21-cv-1746 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The parties are directed to appear for a telephone conference on **December 21, 2023** at **10:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            December 20, 2023

                                              John G. Koeltl
                                    United States District Judge