UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

21-cv-1746 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the trial in this matter is scheduled for **July 8, 2024, at 9:00 a.m.** The parties should file any requests to charge, motions in limine, and voir dire requests by **February 27, 2024**. Responses and objections are due **March 8, 2024**.

SO ORDERED.

Dated:    New York, New York
            December 21, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge