UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>    Plaintiff,<br><br> v.<br><br>JASON CYRULNIK,<br><br>    Defendant. | Case No. 1:21-cv-01746-JGK |
| JASON CYRULNIK,<br><br>    Counterclaim-Plaintiff,<br><br> v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE,<br>DEVIN FREEDMAN, AMOS FRIEDLAND,<br>NATHAN HOLCOMB, and<br>EDWARD NORMAND,<br><br>    Counterclaim-Defendants. | |

**CYRULNIK'S NOTICE OF
MOTION FOR SPOLIATION SANCTIONS**

**PLEASE TAKE NOTICE THAT,** upon the accompanying memorandum of law, the accompanying Omnibus Declaration of Marc E. Kasowitz, and upon all papers and proceedings herein, Defendant/Counterclaim-Plaintiff Jason Cyrulnik, by and through his undersigned counsel, hereby moves this Court, before the Honorable John G. Koeltl, at the United States District Court for the Southern District of New York, Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, on such date and time as the Court determines, for an Order of spoliation sanctions.

Dated: February 27, 2024
      New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: <u>*/s/ Marc E. Kasowitz*</u>
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Kevin A. Cyrulnik (kcyrulnik@kasowitz.com)
Gavin D. Schryver (gschryver@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700
Fax:   (212) 506-1800

*Attorneys for Defendant/Counterclaim-Plaintiff Jason Cyrulnik*

To: All counsel of record (via ECF)