UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

ROCHE FREEDMAN LLP,

                 Plaintiff,

       - against -

JASON CYRULNIK,

               Defendant.
———————————————————————————————

      21-cv-1746 (JGK)

      ORDER

JOHN G. KOELTL, District Judge:

    The time for all parties to respond to the currently filed motions in limine is extended to **March 15, 2024**. The parties are reminded that verbosity (and numerosity) is counterproductive.

SO ORDERED.

Dated:    New York, New York
          March 4, 2024

                   /s/ John G. Koeltl
                     John G. Koeltl
              United States District Judge