UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE FREEDMAN LLP,<br><br>        Plaintiff,<br><br>v.<br><br>JASON CYRULNIK,<br><br>        Defendant. | Case No. 1:21-cv-01746 (JGK) |
| JASON CYRULNIK,<br><br>        Counterclaim-Plaintiff,<br><br>v.<br><br>ROCHE FREEDMAN LLP, KYLE ROCHE,<br>DEVIN FREEDMAN, AMOS FRIEDLAND,<br>NATHAN HOLCOMB, and EDWARD<br>NORMAND,<br><br>        Counterclaim-Defendants. | |

### DECLARATION OF RANDY M. MASTRO

Pursuant to 28 U.S.C. § 1746, Randy M. Mastro declares as follows:

1.      I am an attorney at King & Spalding LLP and counsel for Plaintiff and Counterclaim-Defendant Roche Freedman LLP, and Counterclaim-Defendants Kyle Roche, Devin Freedman, Amos Friedland, and Edward Normand (collectively, "RF Parties") in this action.

2.      This declaration is submitted in support of the RF Parties' Opposition to Defendant and Counterclaim-Plaintiff's ("Cyrulnik") Motion for Spoliation Sanctions, *see* ECF Nos. 587-588, 595, and the RF Parties' Cross-Motion to Exclude Spoliation Evidence.

3.    The basis for my knowledge is my review of the files King & Spalding LLP has received as part of its representation of the RF Parties in this action, including the documents attached hereto.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of RF__0425538, showing a Signal chat between Freedman and Cyrulnik.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of RF__0426873, showing a Signal chat between Normand and Cyrulnik.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of RF__0425682, showing a Signal group chat titled "Feb 8 Meeting."

7.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Devin Freedman.

8.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Amos Friedland.

9.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the deposition of Edward Normand.

10.    Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the deposition of Nathan Holcomb.

11.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the 30(b)(6) deposition of Roche Freedman LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

3

New York, New York                                    */s/ Randy M. Mastro*
March 5, 2024                                          Randy M. Mastro