# EXHIBIT 1



CONFIDENTIAL

RF__0425538