# EXHIBIT 2



CONFIDENTIAL

RF__0426873