# EXHIBIT 3



CONFIDENTIAL

RF__0425682