```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**ROCHE FREEDMAN, LLP,**

                **Plaintiff,**

    - against -

**JASON CYRULNIK,**

               **Defendant.**

------------------------------------------------

**21-cv-1746 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    With respect to any motions about which there has been disagreement as to the responsive or reply times, the parties should resolve that disagreement and provide a single page, joint letter presenting their agreement or any continuing disagreement. If there continues to be disagreement the Court will schedule a telephone conference with the senior lawyers from both parties to resolve the disagreement

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 7, 2024**

                                      /s/ John G. Koeltl

                                      **John G. Koeltl**
                              **United States District Judge**