UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

---

21-cv-1746 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed proposed voir dire questions, ECF No. 589, and proposed jury instructions, ECF No. 597.

SO ORDERED.

Dated:    New York, New York
            March 11, 2024

                                          John G. Koeltl
                                    United States District Judge