```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROCHE FREEDMAN LLP,

                Plaintiff,

- against -

JASON CYRULNIK,

                Defendant.

21-cv-1746 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for sanctions, ECF No. 587.

    Both parties are advised that paper courtesy copies should be provided for every fully briefed pre-trial motion, proposed voir dire questions, and proposed jury instruction.

**SO ORDERED.**

Dated:    New York, New York
            March 20, 2024

                                                _____
                                                    John G. Koeltl
                                          **United States District Judge**