UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

21-cv-1746 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the defendant's motions in limine, including the fully briefed motion to exclude opinions and testimony of Harold L. Deiters III, ECF No. 571, motion to exclude opinions and testimony of David G. Keyko, ECF No. 575, motion to exclude opinions and testimony of Christine Porath, Phd., ECF No. 577, motion to exclude testimony of Ilana Miller, ECF No. 581, and motion to exclude speculative, opinion testimony, ECF No. 584.

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the plaintiff's motion to exclude spoliation evidence. ECF No. 612.

SO ORDERED.

Dated:    New York, New York
           April 8, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge