UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

                           Plaintiff,

            - against -

JASON CYRULNIK,

                           Defendant.

---

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court advises that the Court has not yet received paper courtesy copies of all papers filed in connection with the following of the defendant's motions in limine: the defendant's fully briefed motion to exclude opinions and testimony of Harold L. Deiters III, ECF No. 571; the defendant's motion to exclude opinions and testimony of David G. Keyko, ECF No. 575; the defendant's motion to exclude opinions and testimony of Christine Porath, Phd., ECF No. 577; the defendant's motion to exclude testimony of Ilana Miller, ECF No. 581; and the defendant's motion to exclude speculative, opinion testimony, ECF No. 584. The defendant is directed to provide the Court with courtesy copies of these fully briefed motions.

SO ORDERED.

Dated:    New York, New York
          April 11, 2024

                                    John G. Koeltl
                              United States District Judge