UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCHE FREEDMAN LLP,

              Plaintiff,

   - against -

JASON CYRULNIK,

              Defendant.

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference previously scheduled on April 25, 2024 is rescheduled for **April 26, 2024** at **11:00 a.m.** The parties are directed to appear, in-person, for a hearing regarding Cyrulnik's application to provide expert testimony, see ECF No. 676, on **Friday, April 26, 2024,** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 17, 2024

                                        John G. Koeltl
                                United States District Judge