UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

                    Plaintiff,

        - against -

JASON CYRULNIK,

                    Defendant.

---

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

It is ordered that this case is referred for mediation to the mediator agreed upon by the parties, and the parties are directed to participate in the mediation in good faith by **May 20, 2024.** The case is not stayed during the mediation.

SO ORDERED.


Dated:    New York, New York
          May 6, 2024

                                    John G. Koeltl
                            United States District Judge