UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHE FREEDMAN LLP,

            Plaintiff,

- against -

JASON CYRULNIK,

            Defendant.

---

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons discussed at the hearing held on May 6, 2024, the parties' cross motions for partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) are **denied**. The Clerk is respectfully directed to close ECF Nos. 590 and 652.

The defendant may reply to the plaintiff's letter, see ECF No. 676, regarding the defendant's motion to preclude Jason Cyrulnik from testifying as an expert witness by **May 13, 2024.**

If the parties are not otherwise able to reach an agreement, the defendant may also respond by **May 13, 2024** to the plaintiff's letter, see ECF No. 682, regarding the plaintiff's subpoena of documents related to a settlement and cooperation agreement made between Nathan Holcomb and Jason Cyrulnik.

SO ORDERED.

Dated:    New York, New York
           May 6, 2024

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge