```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FREEDMAN NORMAND FRIEDLAND, LLP,

        Plaintiff,

  - against -

JASON CYRULNIK,

        Defendant.

JASON CYRULNIK,

        Counterclaim-Plaintiff,

  - against -

FREEDMAN NORMAND FRIEDLAND, ET AL.,

        Counterclaim-Defendants.

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties shall submit the Joint Pre-Trial Order by **June 7, 2024**.

    The Final Pre-Trial Conference is scheduled for **June 27, 2024 at 11:00 a.m.**

SO ORDERED.

Dated:  New York, New York
       May 17, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge