```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

FREEDMAN NORMAND FRIEDLAND, LLP,

        Plaintiff,

  - against -

JASON CYRULNIK,

        Defendant.

─────────────────────────────────

JASON CYRULNIK,

        Counterclaim-Plaintiff,

  - against -

FREEDMAN NORMAND FRIEDLAND LLP, ET AL.,

        Counterclaim-Defendants.

─────────────────────────────────

21-cv-1746 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time to submit the Joint Pre-Trial Order is postponed until **June 27, 2024.** Any further adjournment would interfere with preparations for the Final Pre-Trial Conference on June 27, 2024.

**SO ORDERED.**

Dated:   New York, New York
         May 23, 2024

/s/ John G. Koeltl
───────────────────────────
John G. Koeltl
United States District Judge