UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————

FREEDMAN NORMAND FRIEDLAND, LLP,

              Plaintiff,

      - against -

JASON CYRULNIK,

              Defendant.

—————————————————————————

JASON CYRULNIK,

          Counterclaim-Plaintiff,

      - against -

FREEDMAN NORMAND FRIEDLAND, LLP, ET
AL.,

         Counterclaim-Defendants.

—————————————————————————

21-cv-1746 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The application by Cyrulnik to take a deposition of Jordana
Haviv, ECF No. 706, is **denied**. The time for discovery is closed
and there is an insufficient showing to reopen discovery for a
deposition of Haviv. Moreover, the deposition relates to
discovery in connection with the Holcomb declaration that was
previously denied.

SO ORDERED.

Dated:    New York, New York
        May 23, 2024              /s/ John G. Koeltl

                                  John G. Koeltl
                     United States District Judge