```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**FREEDMAN NORMAND FRIEDLAND, LLP,**

           Plaintiff,

   - against -

**JASON CYRULNIK,**

           Defendant.

─────────────────────────────────

**JASON CYRULNIK,**

           Counterclaim-Plaintiff,

   - against -

**FREEDMAN NORMAND FRIEDLAND, LLP, ET AL.,**

           Counterclaim-Defendants.

─────────────────────────────────

21-cv-1746 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court's order on May 23, 2024 is updated to reflect the following deadlines: The time to submit the Joint Pre-Trial Order is postponed until **June 14, 2024**. Any further adjournment would interfere with preparations for the Final Pre-Trial Conference on **June 27, 2024.**

**SO ORDERED.**

Dated:   New York, New York
           May 24, 2024

/s/ John G. Koeltl
─────────────────────────
**John G. Koeltl
United States District Judge**