**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FREEDMAN NORMAND FRIEDLAND, LLP,**

                    **Plaintiff,**

            **- against -**

**JASON CYRULNIK,**

                    **Defendant.**

---

**JASON CYRULNIK,**

            **Counterclaim-Plaintiff,**

            **- against -**

**FREEDMAN NORMAND FRIEDLAND, LLP, ET AL.,**

            **Counterclaim-Defendants.**

---

**21-cv-1746 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

        The parties should attempt to resolve any issues with respect to the production of documents relating to the Fattaruso settlement and the Holcomb arbitration. The parties should meet and confer with the object of resolving any objections.

        Meanwhile, the subpoenas to Fattaruso and Holcomb are stayed. If there are any remaining issues, the parties should schedule a conference with Magistrate Judge Netburn after **June 3, 2024.**

**SO ORDERED.**

**Dated:    New York, New York**
           **May 26, 2024**                    **/s/ John G. Koeltl**

                                    _____
                                        **John G. Koeltl**
                                **United States District Judge**