UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEDMAN NORMAND FRIEDLAND, LLP,

        Plaintiff,

- against -

JASON CYRULNIK,

        Defendant.

21-cv-1746 (JGK)

ORDER

---

JASON CYRULNIK,

        Counterclaim-Plaintiff,

- against -

FREEDMAN NORMAND FRIEDLAND, LLP, ET AL.,

        Counterclaim-Defendants.

---

JOHN G. KOELTL, District Judge:

    The deadline for the Joint Pre-Trial Order is adjourned to **June 21, 2024.**

SO ORDERED.

Dated:    New York, New York
            June 3, 2024

                                      /s/ John G. Koeltl

                                          John G. Koeltl
                                  United States District Judge