UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEDMAN NORMAND FRIEDLAND LLP,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON CYRULNIK,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-01746-JGK |
| JASON CYRULNIK,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>FREEDMAN NORMAND FRIEDLAND LLP, KYLE ROCHE, DEVIN FREEDMAN, AMOS FRIEDLAND, NATHAN HOLCOMB, and EDWARD NORMAND,<br><br>　　　　　　　Counterclaim-Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff-Counterclaim Defendant, Defendant-Counterclaim Plaintiff, and Counterclaim Defendants that all claims and counterclaims in the above-captioned actions shall be, and hereby are, dismissed with prejudice.

| KING & SPALDING | KASOWITZ BENSON TORRES LLP |
|---|---|
| By: */s/ /Randy M. Mastro* | By: */s/ Marc E. Kasowitz* |
| Randy M. Mastro | Marc E. Kasowitz |
| Lauren K. Myers | Kevin A. Cyrulnik |
| 1185 Avenue of the Americas, 34th Floor | 1633 Broadway |
| New York, New York 10036 | New York, New York 10019 |
| Tel.: (212) 827-4019 | Tel.: (212) 506-1700 |
| Email: Rmastro@kslaw.com | Email: mkasowitz@kasowitz.com |
| Email: LMyers@kslaw.com | Email: kcyrulnik@kasowitz.com |
| *Attorneys for Plaintiff And Counterclaim-Defendants* | *Attorneys for Defendant/Counterclaim-Plaintiff* |

Dated:  June 27, 2024
           New York, New York