UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEDMAN NORMAND FRIEDLAND LLP,<br><br>             Plaintiff,<br><br>     v.<br><br>JASON CYRULNIK,<br><br>             Defendant. | Case No. 1:21-cv-01746-JGK |
| JASON CYRULNIK,<br><br>             Counterclaim-Plaintiff,<br><br>     v.<br><br>FREEDMAN NORMAND FRIEDLAND LLP,<br>KYLE ROCHE, DEVIN FREEDMAN, AMOS<br>FRIEDLAND, NATHAN HOLCOMB, and<br>EDWARD NORMAND,<br><br>             Counterclaim-Defendants. | |

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff-Counterclaim Defendant, Defendant-Counterclaim Plaintiff, and Counterclaim Defendants that all claims and counterclaims in the above-captioned actions shall be, and hereby are, dismissed with prejudice.


KING & SPALDING

By: _/s/ /Randy M. Mastro_
Randy M. Mastro
Lauren K. Myers
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Tel.: (212) 827-4019
Email: Rmastro@kslaw.com
Email: LMyers@kslaw.com

_Attorneys for Plaintiff_
_And Counterclaim-Defendants_


KASOWITZ BENSON TORRES LLP

By: _/s/ Marc E. Kasowitz_
Marc E. Kasowitz
Kevin A. Cyrulnik
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Email: mkasowitz@kasowitz.com
Email: kcyrulnik@kasowitz.com

_Attorneys for Defendant/Counterclaim-Plaintiff_


Dated:   June 27, 2024
        New York, New York


THE FINAL PRE TRIAL CONFERENCE SCHEDULED FOR JUNE 28, 2024 IS CANCELED.

THE TRIAL SCHEDULED FOR JULY 8, 2024, IS CANCELED.

THE CLERK IS DIRECTED TO CLOSE THIS CASE.

The Clerk is directed to enter a judgment dismissing all claims and counterclaims. The Clerk is directed to close all pending motions.

SO ORDERED.
6/27/24

J S D J