**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
FREEDMAN NORMAND FRIEDLAND LLP,

                Plaintiff,

    -against-

JASON CYRULNIK,
                Defendant.
------------------------------------------------------------------X
JASON CYRULNIK,

                Counterclaim-Plaintiff,        21 **CIVIL** 1746 (JGK)

    -against-                                                    **JUDGMENT**

FREEDMAN NORMAND FRIEDLAND LLP,
KYLE ROCHE, DEVIN FREEDMAN, AMOS
FRIEDLAND, NATHAN HOLCOMB, and
EDWARD NORMAND,

                Counterclaim-Defendants..
------------------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated June 27, 2024, judgment is entered dismissing all claims and counterclaims; accordingly, the case is closed.

**Dated:** New York, New York
          June 28, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**
                                **BY:**    *K. Mango*
                                                             **Deputy Clerk**